USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JAMAL KEARSE,                                :

            Plaintiff,                         :

    -against-                               :

DEPARTMENT OF CORRECTIONS, et al.,  :

           Defendants.                      :

------------------------------------x

08 Civ. 1503 (GBD) (AJP)

**ORDER SCHEDULING
INITIAL PRETRIAL CONFERENCE**

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for May 1, 2008 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Kearse, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

The parties are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:    New York, New York
           April 25, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies to:   Jamal Kearse (Mail)
               Brad Patrick, Esq. (Fax)
               Judge George B. Daniels