UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/1/08

------------------------------------- x

JAMAL KEARSE, :

               Plaintiff, :

     -against- :

DEPARTMENT OF CORRECTIONS, et al., :

               Defendants. :

------------------------------------- x

08 Civ. 1503 (GBD) (AJP)

RULE 16 INITIAL PRETRIAL
CONFERENCE ORDER

**ANDREW J. PECK, United States Magistrate Judge:**

      Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on May 1, 2008 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

      1.    Served defendants are to answer the complaint by May 30, 2008. Any motion to join parties or amend the pleadings must be made by June 15, 2008.

      2.    All fact and expert discovery must be completed by June 30, 2008. Expert reports must be served by June 16, 2008. Local Rule 33.2 disclosure by defendants is due by May 30, 2008.

      3.    Each party will notify this Court by July 2, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by July 21, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned.

C:\ORD\16RULES

2

4. The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and the chamber rules of the District Judge to whom this case is assigned, by July 21, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

5. A status conference will be held before the undersigned on June 3, 2008 at 3:00 p.m. in Courtroom 20D (500 Pearl Street). Defense counsel is to arrange for plaintiff, Mr. Kearse, to appear telephonically by calling chambers (212-805-0036) at the scheduled time.

6. The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED:   New York, New York
         May 1, 2008

                                              Andrew J. Peck
                                              United States Magistrate Judge

Copies to: Jamal Kearse (Mail)
           Brad Patrick, Esq. (Fax)
           Judge George B. Daniels

C:\ORD\16RULES