


**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/8/08

**BRADFORD C. PATRICK**
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

May 5, 2008

RECEIVED
MAY 06 2008
CHAMBERS OF
ANDREW J PECK

<u>BY HAND</u>
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Kearse v. Dep't of Corr., et al.</u>, 08 CV 1503 (GBD)(AJP)

Dear Magistrate Judge Peck:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants the New York City Department of Correction ("DOC") and Warden Shaw in the above-referenced matter.[1] By Order dated May 1, 2008, Your Honor scheduled a status conference in this matter for June 3, 2008 at 3:00 p.m. I am writing to respectfully request an adjournment of this conference until the following week. I write directly to the Court because plaintiff is currently incarcerated and proceeding <u>pro se</u> in this matter. This is defendants' first request for an adjournment in this matter.

The reason for this request is that our office has scheduled the New York City Law Department's annual Civil Trial Advocacy Program, which is a mandatory training program for new attorneys, during the week of June 2, 2008. Although I initially believed I was available to attend a conference on June 3, 2008, after further consultation with my calendar I realized I had previously committed to attend this mandatory trial advocacy program.

In view of the foregoing, it is respectfully requested that the Court grant the within request to adjourn the June 3, 2008 status conference until the week of June 9, 2008 or another date convenient for Your Honor.

---
[1] Defendants respectfully submits that DOC is not a suable entity.

**BY FAX**

**MEMO ENDORSED** 5/8/08

Conf. adjourned at defs' request to 6/10 at 2 PM.

SO ORDERED
Hon. Andrew Jay Peck
United States Magistrate Judge

Thank you for your consideration in this regard.

Respectfully submitted,

Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation Division

cc: <u>BY MAIL</u>
Jamal Kearse, #241-06-17385
Plaintiff <u>Pro Se</u>
George R. Vierno Center
09-09 Hazen St.
East Elmhurst, NY 11370

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  May 8, 2008                              Total Number of Pages:  3

| TO | FAX NUMBER |
|---|---|
| Bradford C. Patrick, Esq. | 212-788-9776 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 5/8/08**

Conf. adjourned at defendants' request to 6/10 at 2 PM.


Copies to:  Jamal Kearse (Mail)
            Judge George B. Daniels