```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 5/29/08

------------------------------------x

JAMAL KEARSE,                              :

           Plaintiff,                    :       08 Civ. 1503 (GBD) (AJP)

    -against-                             :       **ORDER**

DEPARTMENT OF CORRECTIONS, et al.,         :

           Defendants.                   :

------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        Mr. Kearse should be aware that the Corporation Counsel's office sent the service information as to C.O. Smith and Capt. Chestnut to the Pro Se Office, and that the Pro Se Office has sent the service information for both defendants directly to the Marshal's Office.

        SO ORDERED.

Dated:     New York, New York
           May 29, 2008

                                               Andrew J. Peck
                                               United States Magistrate Judge

Copies to:    Jamal Kearse (Mail)
                Bradford C. Patrick, Esq. (Fax)
                Judge George B. Daniels

C:\OPIN\